UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15586
    ESTHER M DUKES
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-0150

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/29/2006 and was confirmed 02/08/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was granted discharge pursuant to 11 usc 1328 10/23/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSEC W/INTER | 1680.77 | 214.46 | 215.34 |
| B-LINE LLC | UNSEC W/INTER | 2792.82 | 356.28 | 357.81 |
| CAPITAL ONE | UNSEC W/INTER | 6421.99 | 1473.13 | 1475.87 |
| CAPITAL ONE | UNSEC W/INTER | 1541.11 | 196.63 | 197.46 |
| CAPITAL ONE | UNSEC W/INTER | .00 | .00 | .00 |
| AT&T | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SHELL | UNSEC W/INTER | 828.26 | 105.62 | 106.12 |
| CBUSA SEARS | NOTICE ONLY | NOT FILED | .00 | .00 |
| WOW INTERNET & CABLE SER | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HSBC NV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSEC W/INTER | 80.98 | 7.84 | 7.59 |
| AT&T CCO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 875.79 | 16.73 | 875.79 |
| FINANCIAL FREEDOM HOME F | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,356.33 | | 2,356.33 |
| TOM VAUGHN | TRUSTEE | | | 587.00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | 8,550.00 | |
|  |  |  |
| PRIORITY | | 875.79 |
|     INTEREST | | 16.73 |
| SECURED | | .00 |
| UNSECURED | | 2,360.19 |
|     INTEREST | | 2,353.96 |
| ADMINISTRATIVE | | 2,356.33 |
| TRUSTEE COMPENSATION | | 587.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 06 B 15586 ESTHER M DUKES

```
DEBTOR REFUND                                                      .00
                            ---------------        ---------------
TOTALS                         8,550.00               8,550.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/28/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE